**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**ANTOINE DWAYNE RILEY,**

    **Defendant.**

Case No. 2:23-cr-139
JUDGE EDMUND A. SARGUS, JR.

## ORDER

This matter is before the Court on the Government's Motion to correct an error in the indictment. (ECF No. 53.) The Defendant is unopposed to this motion. Thus, the Government's Motion is **GRANTED**.

    **IT IS SO ORDERED.**

**11/16/2023**                                        s/Edmund A. Sargus, Jr.
**DATE**                                               **EDMUND A. SARGUS, JR.**
                                                             **UNITED STATES DISTRICT JUDGE**